# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 16-15673-HRT |
| Jeremy S Woodard, | (Chapter 13) |
| Debtor. | **Judge Howard R. Tallman** |

## REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Guild Mortgage Company in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and Guild Mortgage Company hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| Guild Mortgage Company | Jennifer Cruseturner, Esq. |
| PO BOX 85304 | c/o McCarthy & Holthus, LLP |
| San Diego, CA 92186 | 7700 E. Arapahoe Road, Ste. 230 |
| | Centennial, CO 80112 |

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Guild Mortgage Company must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 7/7/2016    **McCarthy & Holthus, LLP**

/s/  Jennifer Cruseturner, Esq.
Jennifer Cruseturner, Esq. SBN 44452
7700 E. Arapahoe Road, Ste. 230
Centennial, CO 80112
Telephone: 877-369-6122
E-mail: jcruseturner@mccarthyholthus.com

1

# CERTIFICATE OF SERVICE

On 7/8/2016, I served the foregoing document on the following individuals by electronic means through the Court's ECF program

**TRUSTEE**                 **DEBTOR(S) COUNSEL**
Douglas B. Kiel            David M. Serafin
ecfmail@denver13.com     david@davidserafinlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7/8/2016                                       */s/ Bogdan Radulescu*
                                                              Bogdan Radulescu

The undersigned certifies that on 7/8/2016, by prepaid first class mail a copy of the foregoing document was served on all parties against whom relief is sought and those otherwise entitled to service pursuant to Fed.R.Bankr.P. and these L.B.R. at the following addresses:

**DEBTOR**
Jeremy S Woodard, 14400 Albrook Dr., Unit 58, Denver, CO 80239

**DEBTOR(S) COUNSEL**
David M. Serafin, 3773 Cherry Creek Dr. N., Ste. 575, Denver, CO 80209

**TRUSTEE**
Douglas B. Kiel, Chapter 13 Trustee, 4725 S. Monaco St., Ste. 120, Denver, CO 80237

**US TRUSTEE**
Byron G. Rogers Federal Building, 1961 Stout St., Ste. 12-200, Denver, CO 80294

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 7/8/2016                                         */s/ Christian Aguilar*
                                                              Christian Aguilar