UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Jeremy S Woodard,<br><br>      Debtor. | Case No. 16-15673-KHT<br><br>(Chapter 13) |
| Guild Mortgage Company, its assignees and/or successors,<br><br>v.<br><br>Jeremy S Woodard, Debtor; and Douglas B. Kiel, Chapter 13 Trustee. | **Honorable Judge Kimberley H. Tyson** |

**ORDER: MOTION TO ENFORCE TERMS OF STIPULATION AND FOR EX-PARTE RELIEF FROM AUTOMATIC STAY**

Guild Mortgage Company, (herein after "Movant"), has filed herein a Motion to Enforce Terms of Stipulation and for Ex Parte Relief from Automatic Stay to:

1. [X] foreclose on and/or take possession and control of property described as follows: __14400 Albrook Drive #58, Denver, CO 80239_____.

2. [ ] proceed with the liquidation of claims involving the debtor or the debtor's estate pursuant to certain proceedings presently pending in: _____.

3. [ ] other: _____.

The court, being duly advised, and any objections having been resolved, withdrawn, or overruled, hereby orders that the relief sought by the motion should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described, or if applicable, to proceed with the above described litigation (but not to seek to enforce any judgment Movant may obtain against the debtor personally or the debtor's post-petition property). If applicable, the chapter 13 trustee will make no more distributions on Movant's secured claim.

The 14 day stay pursuant to FRBP 4001(a)(3) is WAIVED as to Movant. Movant is excused from further compliance with FRBP 3002.1 with respect to this case. The Chapter 13 Trustee shall make no further distributions towards Movant's secured claim.

Dated: September 10, 2019

BY THE COURT:

_Kimberley H Ty_____
United States Bankruptcy Judge